**11/29/2017**                            **COA No. 12-16-00201-CR**
**BASS, PHILLIP WESLEY    Tr. Ct. No. 2015-0930**        **PD-0990-17**

Pursuant to Rule 69.4(a) T.R.A.P., the record is returned to the court of appeals.
                                    Deana Williamson, Clerk

**FILED**

11/29/2017

**Twelfth Court of Appeals**
**Pam Estes**
**Clerk**

12TH COURT OF APPEALS CLERK
PAM ESTES
1517 W. FRONT, ROOM 354
TYLER, TX 75701
* DELIVERED VIA E-MAIL *